# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

Received
U.S. Marshals Service
Southern District of Iowa
3:15 pm, Oct 01 2025

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ian Andre Roberts | ) | Case No. 4:25-mj-630 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Ian Andre Roberts,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Illegal alien in possession of a firearm, in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8)

Date: 10/1/25

*Issuing officer's signature* [signed] Helen C. Adams

City and state: Des Moines, Iowa

Helen C. Adams, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/1/25, and the person was arrested on *(date)* 10/2/25
at *(city and state)* Sioux City, Iowa.

Date: 10/2/25

*Arresting officer's signature* [signed]

Robert Carlson, Special Agent
*Printed name and title*

FILED
By: Clerk's Office, Southern District of Iowa